Mathew K. Higbee, Esq. SBN 241380
Katherine A. Sandoval, Esq. SBN 303656
Amanda M. Fisher, Esq. SBN 312861
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Phone: (714) 617-8385
Fax: (714) 617-8511
Email: consumeradvocacy@higbeeassociates.com

*Attorneys for Plaintiff*
ALICIA HO

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA HO, an individual, | Case No. 8:17-CV-01263-JVS-JDE |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HALSTED FINANCIAL SERVICES, LLC, an Illinois corporation; and, DOES 1 through 10, inclusive, | DATE: December 13, 2017<br>Judge James V. Selna |
| Defendants. | |

IT IS HEREBY ORDERED, DECREED AND ADJUDGED:

    This action came on regularly for hearing for a motion for default judgment. The Court having considered the evidence and moving papers without requiring oral arguments hereby:

    1) Grants the Plaintiff's motion for default judgment with respect to liability for violations of the FDCPA and RFDCPA;

2) Awards statutory damages in the amount of $2000.00; and

3) Awards $1,587.00 in attorneys' fees and $569.95 in costs.

DATE: January 12, 2018  BY: _____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On January 12, 18, I caused to be served the foregoing **[Proposed] JUDGMENT** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Halsted Financial Services
c/o Greg Scott, Superviser
8001 N. Lincoln Ave., 500
Skokie, IL 60077

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system. Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

    I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 12, 18, at Santa Ana, California.

                                       */s/ Amanda M. Fisher*
                                       Amanda M. Fisher